McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−01857−KJM−EFB |
|---|---|
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| APPROXIMATELY $104,700.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $94,020.00 IN U.S. CURRENCY, | |
| Defendants. | |

This matter came before the Honorable Edmund F. Brennan on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed June 29, 2018.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Tierra Lynn Heng-Alforque and Sophia Alforque.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Tierra Lynn Heng-Alforque and Sophia Alforque received notice of the forfeiture action; that

any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Tierra Lynn Heng-Alforque and Sophia Alforque be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Tierra Lynn Heng-Alforque and Sophia Alforque in the defendant currency referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Kimberly J. Mueller and filed by the Clerk of the Court.

Dated: September 5, 2018.

EDMUND F. BRENNAN
United States Magistrate Judge